# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 38TH JUDICIAL DISTRICT COURT OF UVALDE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on November 12, 2014, the cause upon appeal to revise or reverse your judgment between

Uvalde County Hospital Authority, Appellant

V.

Estela R. Garcia, Individually, on behalf of all Wrongful Death Beneficiaries, and on behalf of The Estate of Juan Garcia, Deceased, Appellee

No. 04-13-00893-CV and Tr. Ct. No. 2013-09-29540-CV

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED as it relates to appellants' claims regarding the use of oxygen and the oxygen delivery system, but we DISMISS FOR WANT OF JURISDICTION appellants' claims relating to negligent supervision and training of employees.**

**We order that appellees Estela R. Garcia, Individually, on Behalf of all Wrongful Death Beneficiaries, and on Behalf of The Estate of Juan Garcia, Deceased, recover their costs of appeal, if any from appellant Uvalde County Hospital Authority.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on January 21, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00893-CV

**Uvalde County Hospital Authority**

**v.**

**Estela R. Garcia, Individually, on behalf of all Wrongful Death Beneficiaries, and on behalf of The Estate of Juan Garcia, Deceased**

(NO. 2013-09-29540-CV IN 38TH JUDICIAL DISTRICT COURT OF UVALDE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | GAVIN MCINNIS |
| FILING | $10.00 | E-PAID | JEFFREY JOWERS |
| MOTION FEE | $10.00 | E-PAID | JEFFREY JOWERS |
| REPORTER'S RECORD | $102.00 | PAID | |
| FILING | $100.00 | PAID | CLEMENS & SPENCER |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | |
| STATEWIDE EFILING FEE | $20.00 | PAID | |
| CLERK'S RECORD | $36.75 | PAID | |
| INDIGENT | $25.00 | PAID | |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this January 21, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 3853